UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MADISON OLSEN, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:25-CV-02839 <br><br> JUDGE THOMAS M. DURKIN <br><br> MAGISTRATE JUDGE DANIEL P. MCLAUGHLIN |

# EXHIBIT 2 | SERVICE WEBSITE

 

NOTICE TO DEFENDANTS | CASE NO. 1:25-cv-02839

## Madison Olsen v. The Partnerships and Unincorporated Assoc.

The Defendants operating the Defendants Internet Stores listed in Schedule A to the Complaint are hereby advised: Plaintiff has charged Defendants with violations of United States federal laws prohibiting copyright infringement.

A copy of the Complaint, Summons, and other legal documents may be downloaded below when publicly available. Any answer, or other response to the Complaint, should be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois within twenty-one (21) days from when the summons is served upon you.

If no appearance or pleading is filed, the Court may render a default judgment against the Defendants. Defendants are advised to seek legal counsel.

To initiate resolution to this matter, contact Plaintiff's attorney:
Sullivan & Carter, LLP
E-Mail: attorney@scip.law

## Case Documents

6_Redacted Amended Complaint_25-cv-02839 (pdf)

7_Sealed Amended Complaint_25-cv-02839 (pdf)

7-1_Exhibit 1_25-cv-02839 (pdf)

7-2_Amended Schedule A_25-cv-02839 (pdf)

27_Summons_25-cv-02839 (pdf)

10_Motion for Leave_25-cv-02839 (pdf)

11_Memo for Motion for Leave_25-cv-02839 (pdf)

15_Motion for Temporary Restraining Order_25-cv-02839 (pdf)

16_Memo Temporary Restraining Order_25-cv-02839 (pdf)

16-1_Declaration of Madison Olsen Signed_25-cv-02839 (pdf)

17_Motion for Electronic Service_25-cv-02839 (pdf)

18_Memo for Electronic Service_25-cv-02839 (pdf)

21_Temporary Restraining Order_25-cv-02839 (pdf)

28_Motion for Preliminary Injunction_25-cv-02839 (pdf)

29_Memo in Support of Motion for Preliminary Injunction_25-cv-02839 (pdf)

## Evidence

06-02-02_Exhibit 2 - Evidence_25-cv-02839_Part1 (pdf)

06-02-02_Exhibit 2 - Evidence_25-cv-02839_Part2 (pdf)

No Current Notice

Copyright © 2025 Sullivan & Carter, LLP - All Rights Reserved.

Powered by


GoDaddy Airo

Payments